Cite as 2022 Ark. 153

# SUPREME COURT OF ARKANSAS

**Opinion Delivered:** August 11, 2022

IN RE APPOINTMENT OF NEW
MEMBER TO THE ARKANSAS
SUPREME COURT COMMITTEE ON
PROFESSIONAL CONDUCT

**PER CURIAM**

Effective August 11, 2022, the following new member is appointed to the Arkansas Supreme Court Committee on Professional Conduct for an initial term that expires on December 31, 2022:

JaNan Thomas of North Little Rock (Panel C – Attorney – Second Congressional District)

The Court expresses its appreciation to Ms. Thomas for her willingness to serve on this important Committee in replacement of James A. Simpson, whose term has now ended.